456 A.2d 148

**COMMONWEALTH of Pennsylvania**

v.

**Charles GILMORE, Appellant.**

Supreme Court of Pennsylvania.

Argued Jan. 24, 1983.

Decided Feb. 9, 1983.

Burton A. Rose, Philadelphia (court-appointed), for appellant.

Robert B. Lawler, Chief, Appeals Div., Paul S. Diamond, Asst. Dist. Attys., Philadelphia, for appellee.

Before ROBERTS, C.J., and NIX, LARSEN, FLAHERTY, McDERMOTT, HUTCHINSON and ZAPPALA, JJ.

### ORDER

PER CURIAM.

Judgments of sentence affirmed. See *Commonwealth v. Story,* 476 Pa. 391, 383 A.2d 155 (1978) (harmless error).